# EXHIBIT A

## ALABAMA SJIS CASE DETAIL

**PREPARED FOR: JAMES CHERYL**

*alacourt.com*

County: **02**   Case Number: **CV-2017-901863.00**   Court Action:
Style: **KENDRA ORANGE V. KEDPLASMA, LLC ET AL**

Real Time

### Case

#### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | **02-MOBILE** | Case Number: | CV-2017-901863.00 | Judge: | **JTP:JAMES T. PATTERSON** |
| Style: | **KENDRA ORANGE V. KEDPLASMA, LLC ET AL** | | | | |
| Filed: | **07/20/2017** | Case Status: | **ACTIVE** | Case Type: | **OTHER CV CASE** |
| Trial Type: | **JURY** | Track: | **STANDARD** | Appellate Case: | **0** |
| No of Plaintiffs: | **1** | No of Defendants: | **2** | | |

#### Damages

| | | | | | |
|---|---|---|---|---|---|
| Damage Amt: | **0.00** | Punitive Damages: | **0.00** | General Damages: | **0.00** |
| No Damages: | | Compensatory Damages: | **0.00** | | |
| Pay To: | | Payment Frequency: | | Cost Paid By: | |

#### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action Code: | | Court Action Desc: | | Court Action Date: | |
| Num of Trial days: | **0** | Num of Liens: | **0** | Judgment For: | |
| Disposition Date of Appeal: | | Disposition Judge: | : | Disposition Type: | |
| Revised Judgement Date: | | Minstral: | | Appeal Date: | |
| Date Trial Began but No Verdict (TBNV1): | | | | | |
| Date Trial Began but No Verdict (TBNV2): | | | | | |

#### Comments

Comment 1:
Comment 2:

#### Appeal Information

| | | | | | |
|---|---|---|---|---|---|
| Appeal Date: | | Appeal Case Number: | | Appeal Court: | |
| Appeal Status: | | Orgin Of Appeal: | | | |
| Appeal To: | | Appeal To Desc: | | LowerCourt Appeal Date: | |
| Disposition Date Of Appeal: | | Disposition Type Of Appeal: | | | |

#### Administrative Information

| | | | | | |
|---|---|---|---|---|---|
| Transfer to Admin Doc Date: | | Transfer Reason: | | Transfer Desc: | |
| Number of Subponeas: | | Last Update: | **07/21/2017** | Updated By: | **RUP** |

### Parties

#### Party 1 - Plaintiff INDIVIDUAL - ORANGE KENDRA

##### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | **C001-Plaintiff** | Name: | **ORANGE KENDRA** | Type: | **I-INDIVIDUAL** |
| Index: | **D KEDPLASMA, L** | Alt Name: | | Hardship: **No** | JID: **JTP** |
| Address 1: | **118 NORTH ROYAL STREET** | | Phone: | **(205) 000-0000** | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Address 2: | SUITE 100 | | | | | |
| City: | MOBILE | State: | AL | Zip: | 36602-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | F | Race: |

## Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

## Service Information

| | | | |
|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type: | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | RIC018 | | RICHARDSON JOHN DOUGLAS | JOHN@JDRLAWFIRM.COM | (251) 338-1695 |
| Attorney 2 | TRI015 | | TRICE DAVID THORNTON JR. | DAVID@RICHARDSONLAWLLC.COM | (251) 604-3056 |

### Party 2 - Defendant BUSINESS - KEDPLASMA, LLC

## Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | D001-Defendant | Name: | KEDPLASMA, LLC | | Type: | B-BUSINESS |
| Index: | C ORANGE KENDR | Alt Name: | | Hardship: No | JID: | JTP |
| Address 1: | C/O CORPORATION SERV. CO. | | | Phone: | (205) 000-0000 | |
| Address 2: | 641 SOUTH LAWRENCE STREET | | | | | |
| City: | MONTGOMERY | State: | AL | Zip: | 36104-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: |

## Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

## Service Information

| | | | | |
|---|---|---|---|---|
| Issued: | 07/21/2017 | Issued Type: | C-CERTIFIED MAIL | Reissue: | Reissue Type: |
| Return: | | Return Type: | | Return: | Return Type: |
| Served: | 07/26/2017 | Service Type: | C-CERTIFIED MAIL | Service On: | Served By: |
| Answer: | | Answer Type: | | Notice of No Service: | Notice of No Answer: |



### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 3 - Defendant BUSINESS - KEDRION BIOPHARMA, INC.

### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | D002-Defendant | Name: | KEDRION BIOPHARMA, INC. | | | Type: | B-BUSINESS |
| Index: | C ORANGE KENDR | Alt Name: | | Hardship: | No | JID: | JTP |
| Address 1: | C/O CORPORATION SERV. CO. | | | Phone: | (205) 000-0000 | | |
| Address 2: | 641 SOUTH LAWRENCE STREET | | | | | | |
| City: | MONTGOMERY | State: | AL | Zip: | 36104-0000 | Country: | US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | 07/21/2017 | Issued Type: | C-CERTIFIED MAIL | Reissue: | | Reissue Type: | |
| Return: | | Return Type: | | Return: | | Return Type: | |
| Served: | 07/26/2017 | Service Type | C-CERTIFIED MAIL | Service On: | | Served By: | |
| Answer: | | Answer Type: | | Notice of No Service: | | Notice of No Answer: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | 000000 | | PRO SE | | |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|------------|-----------|----------|-------|-------|------------|-------------|---------|-------------|---------------|
| ACTIVE | N | AOCC | C001 | 000 | $13.54 | $13.54 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CONV | C001 | 000 | $0.00 | $18.94 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV06 | C001 | 000 | $315.00 | $315.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | JDMD | C001 | 000 | $100.00 | $100.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $473.54 | $492.48 | -$18.94 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/25/2017 | CREDIT | CONV | 2017218 | 4252160 | $18.94 | C001 | 000 | | N | | | CHC |
| 07/25/2017 | RECEIPT | VADM | 2017218 | 4252170 | $45.00 | C001 | 000 | | N | | | CHC |
| 07/25/2017 | RECEIPT | CV05 | 2017218 | 4252180 | $315.00 | C001 | 000 | | N | | | CHC |
| 07/25/2017 | RECEIPT | AOCC | 2017218 | 4252190 | $13.54 | C001 | 000 | | N | | | CHC |
| 07/25/2017 | RECEIPT | JDMD | 2017218 | 4252200 | $100.00 | C001 | 000 | | N | | | CHC |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 7/20/2017 | 11:37 AM | ECOMP | COMPLAINT E-FILED. | RIC018 |
| 7/20/2017 | 11:38 AM | FILE | FILED THIS DATE: 07/20/2017          (AV01) | AJA |
| 7/20/2017 | 11:38 AM | EORD | E-ORDER FLAG SET TO "Y"              (AV01) | AJA |
| 7/20/2017 | 11:38 AM | ASSJ | ASSIGNED TO JUDGE: JAMES T. PATTERSON   (AV01) | AJA |
| 7/20/2017 | 11:38 AM | SCAN | CASE SCANNED STATUS SET TO: N       (AV01) | AJA |
| 7/20/2017 | 11:38 AM | TDMJ | JURY TRIAL REQUESTED                (AV01) | AJA |
| 7/20/2017 | 11:38 AM | STAT | CASE ASSIGNED STATUS OF: ACTIVE     (AV01) | AJA |
| 7/20/2017 | 11:38 AM | ORIG | ORIGIN: INITIAL FILING              (AV01) | AJA |
| 7/20/2017 | 11:38 AM | C001 | C001 PARTY ADDED: ORANGE KENDRA     (AV02) | AJA |
| 7/20/2017 | 11:38 AM | C001 | INDIGENT FLAG SET TO: N             (AV02) | AJA |
| 7/20/2017 | 11:38 AM | C001 | LISTED AS ATTORNEY FOR C001: RICHARDSON JOHN DOUG | AJA |
| 7/20/2017 | 11:38 AM | C001 | LISTED AS ATTORNEY FOR C001: TRICE DAVID THORNTON | AJA |
| 7/20/2017 | 11:38 AM | C001 | C001 E-ORDER FLAG SET TO "N"        (AV02) | AJA |
| 7/20/2017 | 11:38 AM | D001 | D001 PARTY ADDED: KEDPLASMA, LLC    (AV02) | AJA |
| 7/20/2017 | 11:38 AM | D001 | INDIGENT FLAG SET TO: N             (AV02) | AJA |
| 7/20/2017 | 11:38 AM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE (AV02) | AJA |
| 7/20/2017 | 11:38 AM | D001 | CERTIFIED MAI ISSUED: 07/20/2017 TO D001   (AV02) | AJA |
| 7/20/2017 | 11:38 AM | D001 | D001 E-ORDER FLAG SET TO "N"        (AV02) | AJA |
| 7/20/2017 | 11:38 AM | D002 | D002 PARTY ADDED: KEDRION BIOPHARMA, INC.  (AV02) | AJA |
| 7/20/2017 | 11:38 AM | D002 | INDIGENT FLAG SET TO: N             (AV02) | AJA |
| 7/20/2017 | 11:38 AM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE (AV02) | AJA |
| 7/20/2017 | 11:38 AM | D002 | CERTIFIED MAI ISSUED: 07/20/2017 TO D002   (AV02) | AJA |
| 7/20/2017 | 11:38 AM | D002 | D002 E-ORDER FLAG SET TO "N"        (AV02) | AJA |
| 7/21/2017 | 2:18 PM | TRAC | CASE ASSIGNED TO: STANDARD   TRACK     (AV01) | RUP |
| 7/21/2017 | 2:18 PM | D001 | CERTIFIED MAI ISSUED: 07/21/2017 TO D001   (AV02) | RUP |
| 7/21/2017 | 2:18 PM | D002 | CERTIFIED MAI ISSUED: 07/21/2017 TO D002   (AV02) | RUP |
| 7/21/2017 | 2:19 PM | ESCAN | SCAN - FILED 7/20/2017 - PRE TRIAL ORDER | RUP |
| 7/24/2017 | 8:59 AM | ESCAN | SCAN - FILED 7/20/2017 - SUMMONS ISSUED | RUP |
| 8/2/2017 | 3:10 PM | ESERC | SERVICE RETURN | HUP |
| 8/2/2017 | 3:10 PM | D002 | SERVICE OF CERTIFIED MAI ON 07/26/2017 FOR D002 | HUP |
| 8/2/2017 | 3:48 PM | ESERC | SERVICE RETURN | HUP |
| 8/2/2017 | 3:48 PM | D001 | SERVICE OF CERTIFIED MAI ON 07/26/2017 FOR D001 | HUP |

*END OF THE REPORT*

DOCUMENT 1

ELECTRONICALLY FILED
7/20/2017 11:37 AM
02-CV-2017-901863.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Cas<br>02<br><br>Date of Filing:          Judge Code:<br>07/20/2017 |
|---|---|---|

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**

**KENDRA ORANGE v. KEDPLASMA, LLC ET AL**

**First Plaintiff:** ☐ Business   ☑ Individual   ☐ Government   ☐ Other

**First Defendant:** ☑ Business   ☐ Individual   ☐ Government   ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☑ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:   F** ☑ **INITIAL FILING**      **A** ☐ **APPEAL FROM DISTRICT COURT**      **O** ☐ **OTHER**

**R** ☐ **REMANDED**      **T** ☐ **TRANSFERRED FROM OTHER CIRCUIT COURT**

| **HAS JURY TRIAL BEEN DEMANDED?**   ☑ **YES** ☐ **NO** | Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure) |
|---|---|

**RELIEF REQUESTED:**   ☑ **MONETARY AWARD REQUESTED**   ☐ **NO MONETARY AWARD REQUESTED**

**ATTORNEY CODE:**

RIC018

7/20/2017 11:37:10 AM
Date

/s/ JOHN D RICHARDSON ESQ.
Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**   ☐ YES ☐ NO ☑ UNDECIDED

DOCUMENT 2



ELECTRONICALLY FILED
7/20/2017 11:37 AM
02-CV-2017-901863.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| KENDRA ORANGE | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   CIVIL ACTION NO.:   2017- |
| | * |
| KEDPLASMA, LLC, and KEDRION | * |
| BIOPHARMA, INC., A, B, C, D, E, F | * |
| and/or G, the persons, firms or | * |
| corporations or other legal entities | * |
| responsible on or about July 27, 2015 | * |
| for the medical care, monitoring and/or | * |
| treatment of Kendra Orange; the | * |
| employers or supervisors of the persons, | * |
| firms, or corporations, or other legal | * |
| entities responsible for the care, | * |
| monitoring and/or treatment of Kendra | * |
| Orange at the times and places made the | * |
| basis of this lawsuit and described in the | * |
| Complaint; all of whose true names and | * |
| legal identities are otherwise unknown to | * |
| the Plaintiff at this time, but will be | * |
| added by amendment when ascertained, | * |
| individually, and jointly, | * |
| | * |
| Defendants. | * |

## COMPLAINT

## THE PARTIES
### *Plaintiff*

1.  Plaintiff KENDRA ORANGE, is a resident of Mobile County, Alabama.

### *Defendant(s)*

1

DOCUMENT 2

2.      Defendant KEDPlasma, LLC (hereinafter "KEDPlasma") is a foreign limited liability company doing business in Mobile County, Alabama, at all times material hereto and is a subsidiary to Kedrion Biopharma, Inc.

3.      Defendant Kedrion Biopharma, Inc. is a foreign corporation doing business in Mobile County, Alabama, at all times material hereto with its corporate office located in Fort Lee, New Jersey.

### *Fictitious Parties*

4.      Defendants A, B, C, D, E, F and/or G are the persons, firms or corporations responsible for screening, assessing, reviewing, performing, treating, diagnosing and all other activities in the plasma procedure on July 27, 2015, as described in the Complaint.

5.      The true names and legal identities of the Defendants A, B, C, D, E, F, and/or G, are unknown to the Plaintiff at this time, but will be substituted by amendment when ascertained.

### VENUE

6.      Venue of this action is proper in Mobile County, Alabama in that all or a substantial part of the events or omissions giving rise to the Plaintiff's claims occurred in Mobile County, Alabama.

### AGENCY

7.      All Defendants named herein were the agents of the other Defendants in the commission of these acts, whether acting singularly, severally, or concurrently in performing the acts complained of herein.  Whenever it is alleged that a Defendant committed an act, it is also meant that the Defendant(s) committed said act or acts through

its officers, directors, agents, employees, servants, or representatives, acting with full authority, by virtue of express, apparent, or implied authority and agency within the course and said scope of any employment and/or with full ratification by the other Defendant(s) of the acts complained of by Plaintiff.

## FACTS

8.    On or about July 27, 2015, Plaintiff Kendra Orange gave plasma in a medical procedure at KEDPlasma, LLC in Mobile County, Alabama in exchange for money.

9.    Plaintiff was allowed to proceed with the plasma donation procedure despite the fact that the Defendants knew or should have known that Plaintiff's blood pressure was too high to safely donate plasma.

10.    Subsequently after the plasma procedure, Plaintiff drove to school wherein she passed out in the bathroom.

11.    Several students and a teacher came to the aid of Plaintiff and called an ambulance for her.

12.    Plaintiff was taken to Springhill Memorial Hospital in Mobile by ambulance where she was diagnosed with Acute Right Frontal/Anterior Parietal Lobe CVA.

## COUNT ONE
### *Negligent Conduct*

12.    Plaintiff adopts and realleges the allegations contained in the paragraphs hereinabove.

13.    The Plaintiff alleges that the Defendants were negligent in Kendra's treatment when acting singularly, severally, separately or concurrently departed from the

3

DOCUMENT 2

accepted standard of care applicable to similarly situated healthcare providers, in one or more of the following respect:

    a)    Negligently failing to assess the Plaintiff's blood pressure and physical condition to determine if it was safe for her to participate in the procedure.

    b)    Negligently failing to reject and turn down the Plaintiff's plasma donation due to her health condition.

    c)    Negligently failing to disclose to the Plaintiff the health risks associated with regularly donating blood plasma.

14.    As a proximate consequence of the above-described medical negligence of Defendant, Plaintiff Kendra Orange was caused to suffer a stroke, partial paralysis, as well as permanent physical and emotional injuries as detailed in Paragraph 16 of the Complaint.

WHEREFORE, the Plaintiff Kendra Orange demands judgment against the Defendants, KEDPlasma, Inc., Kedrion Biopharma, Inc., A, B, C, D, E, F, and/or G in an amount deemed appropriate by the jury, plus cost.

### DAMAGES

15.    Plaintiff adopts and realleges the allegations contained in paragraphs hereinabove.

16.    As a proximate result of the allegations and of the breach of the applicable standard of care, the Plaintiff was damaged as detailed below:

    a)    she was permanently disabled;

    b)    she was caused mental anguish, suffering, and pain and will be caused same in the future; and

    c)    she will be caused to lose future income and job opportunities because of her disability.

4

DOCUMENT 2

WHEREFORE, the Plaintiff Kendra Orange demands judgment for compensatory damages against the Defendants KEDPlasma, LLC, Kedrion Biopharma, Inc., A, B, C, D, E, F, and/or G in an amount deemed appropriate by the jury, plus cost.

Dated this Thursday, July 20, 2017.

**PLAINTIFF DEMANDS TRIAL BY JURY**

Respectfully submitted,

*/s/ John D. Richardson*
JOHN D. RICHARDSON (RIC018)
DAVID T. TRICE (TRI015)
*Attorneys for Plaintiff*

OF COUNSEL:

RICHARDSON LAW FIRM, LLC
118 North Royal Street
Suite 100
Mobile, Alabama 36602
Telephone:    (251) 338-1695
Facsimile:    (251) 338-1698
Email:    john@richardsonlawllc.com
          david@richardsonlawllc.com

**Please serve Defendant, <u>KEDPlasma, LLC</u>, via certified mail to the following addresses:**

KEDPlasma, LLC
c/o Corporation Service Company, Inc., Registered Agent
641 South Lawrence Street
Montgomery, Alabama  36104

**Please serve Defendant, <u>Kedrion Biopharma, Inc.</u>, via certified mail to the following addresses:**

Kedrion Biopharma, Inc.
c/o Corporation Service Company, Inc., Registered Agent
641 South Lawrence Street
Montgomery, Alabama  36104

5

DOCUMENT 5

Revised 4-1-99; 11-1-99; 11-3-05

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

Kendra Orange
      Plaintiff,

VS.

Kedplasma LLC et al.
      Defendant,

CIVIL ACTION NO. CV-17-901863

## GENERAL PRE-TRIAL ORDER

To expedite pre-trial and trial procedure, it is ORDERED by the Court that the following will apply:

1.     EXHIBITS, DOCUMENTS, AND PHYSICAL EVIDENCE, GENERALLY

a.     Each party shall identify in writing to all other parties and shall make all documents, exhibits and physical evidence, or copies thereof, expected to be used in the case in chief available to the other parties, not less than 21 days prior to trial, for inspection and copying. The same shall then be authenticated and admitted into evidence without further proof, unless written objections to any such documents or exhibits be made to the Court not less than 14 days prior to trial specifying the grounds of objection to the genuineness and relevancy of the proposed document, exhibit, or physical evidence. The requirement does not apply to documents, exhibits and physical evidence used solely as impeachment evidence.

b.     Documents, exhibits or physical evidence not timely exhibited to or made available to other parties prior to trial under this Order will not be admitted into evidence at the trial unless solely for impeachment purposes or unless the ends of justice so require.

c.     Documents, exhibits or physical evidence so admitted hereunder shall be presented to the court reporter for marking in evidence prior to trial.

2.     DOCTOR, HOSPITAL AND MEDICAL EXPENSES

a.     If applicable, all doctor, medical and hospital bills shall be sent to or made available to all parties not less than 21 days before trial, and shall be admitted in evidence as reasonable without further proof, unless written objection to any such bills be made to the Court no less than 14 days before trial specifying the grounds for objection.

b.     Any such bills not timely exhibited to the other parties will not be admitted in evidence at trial unless the ends of justice so require.

c.     The bills so admitted shall be presented to the court reporter for marking in evidence prior to trial.

DOCUMENT 5

3. **SPECIAL DAMAGES**

a.      All parties seeking special damages shall furnish the other parties with a list thereof not less than 21 days before trial. Written objections thereto may be made not less than 14 days before trial specifying grounds of objections.

b.      Evidence of special damages claimed, but not timely exhibited to other parties, will not be admitted into evidence unless the ends of justice require so.

4. **AGENCY-TIME AND PLACE-DUTY**

a.      Agency and the time and place of the incident involved, if alleged in the complaint, and, if a negligence case, the existence of a duty, are admitted and the parties are deemed correctly named and designated unless specifically denied by answer or unless written objection is made not less than 14 days before trial. The objections shall include the correct name and entity and/or the grounds relied on.

5. **EXPERTS**

a.      Unless previously obtained by discovery, each party will furnish to all other parties the names, addresses and qualifications of all expert witnesses expected to testify, together with a brief summary of their opinions. Such disclosure of experts shall be made by the party filing the Motion to Set and Certificate of Readiness not later than the time of filing such motion. Disclosure by all parties shall be made not later than 14 days after the filing of the Motion to Set and Certificate of Readiness.

b.      Disclosure of experts in cases not included in the Fasttrack system shall be made by all parties not less than 60 days before trial.

c.      Unless written objection to the qualifications of an expert is made not later than 30 days before trial, stating grounds, the qualification of such expert will be admitted.

d.      Upon calling an expert to testify at trial, the attorney may state to the Court and jury the name, address and summary of the qualifications of the expert.

6. **DISCOVERY**

Discovery shall be completed 30 days prior to the trial date. On written motion for good cause shown, the court may allow discovery within this 30-day period.

7. **JURY INSTRUCTIONS**

If the case is to be tried by a jury, requested written charges shall be submitted to the Court not later than the close of the plaintiff's case, subject to supplementation during the course of the trial on matters which could not be reasonably anticipated. Each requested charge will be typed on letter size paper and identified by the party's last name and shall be numbered.

8. **JURY SELECTION**

Before the commencement of trial, the parties will furnish or advise the court, outside the presence of the jury, the names of all insurance companies involved and any special voir dire questions for the purpose of qualifying the jury.

9. **DUTY TO SUPPLEMENT DISCOVERY**

All parties are under duty to supplement responses to discovery as provided by Rule 26(e)(3) ARCP which should be done not less than 30 days before trial.

10. **MOTIONS GENERALLY**

If motion to strike or motion to dismiss a pleading is filed, the Court will not consider such unless a copy of the pleading sought to be struck or dismissed is attached thereto.

DOCUMENT 5

11.   CONFLICTS

In the event of scheduling conflict affected counsel shall comply with the Attorney Calendar Conflict Resolution Order of the Alabama Supreme Court.

It is further ORDERED by the Court that the Court will reconsider any portion of the General Pre-Trial Order upon timely application by any party.

Done this the _____ day of _____, 2017.

_____
Presiding Judge John R. Lockett

DOCUMENT 6

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | ORIGINAL **SUMMONS**<br>- CIVIL - | **Court Case Number**<br>02-CV-2017-901863.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
## KENDRA ORANGE V. KEDPLASMA, LLC ET AL

NOTICE TO: KEDPLASMA, LLC, C/O CORPORATION SERV. CO. 641 SOUTH LAWRENCE STREET, MONTGOMERY, AL 36104

_(Name and Address of Defendant)_

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JOHN D RICHARDSON ESQ.

_[Name(s) of Attorney(s)]_

WHOSE ADDRESS(ES) IS/ARE: 118 North Royal Street  Suite 100, MOBILE, AL 36602

_[Address(es) of Plaintiff(s) or Attorney(s)]_

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of KENDRA ORANGE

_(Name(s))_

pursuant to the Alabama Rules of the Civil Procedure.

| 7/20/2017 11:37:29 AM | /s/ JOJO SCHWARZAUER | By: _(Name)_ |
|---|---|---|
| _(Date)_ | _(Signature of Clerk)_ | |

☑ Certified Mail is hereby requested.    /s/ JOHN D RICHARDSON ESQ.

_(Plaintiff's/Attorney's Signature)_

Jojo Schwarzauer, Circuit Clerk
MOBILE COUNTY CIVIL DIVISION
Mobile Government Plaza, Room C908
205 Government Street
Mobile, Alabama 36044-2936

### RETURN ON SERVICE

_(Date)_

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

...s and Complaint or other document to

_____ County,

_(Name of County)_

| Certified Mail Fee | |
|---|---|
| Extra Services & Fees _(check box, add fee as appropriate)_ | |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $ | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ | |
| ☐ Adult Signature Required $ | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | |
| Total Postage and Fees | |

_(Address of Server)_

_(Phone Number of Server)_

Sent To _Kedplasma LLC_

Street and Apt. No., or PO Box No.

City, State, ZIP+4

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

1863.00
...LASMA, LLC ET AL

D001 - KEDPLASMA, LLC

_(Defendant)_

## SERVICE RETURN COPY

DOCUMENT 6

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | ORIGINAL SUMMONS<br>- CIVIL - | Court Case Number<br>02-CV-2017-901863.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### KENDRA ORANGE V. KEDPLASMA, LLC ET AL

NOTICE TO: KEDRION BIOPHARMA, INC., C/O CORPORATION SERV. CO. 641 SOUTH LAWRENCE STREET, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JOHN D RICHARDSON ESQ.

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 118 North Royal Street  Suite 100, MOBILE, AL 36602

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of KENDRA ORANGE pursuant to the Alabama Rules of the Civil Procedure.

*(Name(s))*

| 7/20/2017 11:37:29 AM | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ JOHN D RICHARDSON ESQ.

*(Plaintiff's/Attorney's Signature)*

JoJo Schwarzauer, Circuit Clerk
MOBILE COUNTY-CIVIL DIVISION
Mobile Government Plaza, Room C938
205 Government Street
Mobile, Alabama 36644-2936

### RETURN ON SERVICE

☐ ........................................

*(Date)*

and Complaint or other document to ...................................... County,

*(Name of County)*

☐ **U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

| Certified Mail Fee | |
|---|---|
| $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $ | Postmark |
| ☐ Certified Mail Restricted Delivery $ | Here |
| ☐ Adult Signature Required $ | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | |
| $ | |
| Total Postage and Fees | |
| $ | |

Sent To *Kedrion Biopharma Inc.*

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 .    See Reverse for Instructions

*(Address of Server)*

*(Phone Number of Server)*

**1863.00**
...ASMA, LLC ET AL

D002 - KEDRION BIOPHARMA, INC.

*(Defendant)*

## SERVICE RETURN COPY



AlaFile E-Notice

02-CV-2017-901863.00

To:   KEDRION BIOPHARMA, INC.
      C/O CORPORATION SERV. CO.
      641 SOUTH LAWRENCE STREET
      MONTGOMERY, AL, 36104

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KENDRA ORANGE V. KEDPLASMA, LLC ET AL
02-CV-2017-901863.00

The following complaint was FILED on 7/20/2017 11:37:29 AM

Notice Date:    7/20/2017 11:37:29 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2017-901863.00

To:  KEDPLASMA, LLC
     C/O CORPORATION SERV. CO.
     641 SOUTH LAWRENCE STREET
     MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KENDRA ORANGE V. KEDPLASMA, LLC ET AL
02-CV-2017-901863.00

The following complaint was FILED on 7/20/2017 11:37:29 AM

Notice Date:     7/20/2017 11:37:29 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2017-901863.00

To:   JOHN D RICHARDSON ESQ.
      john@jdrlawfirm.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

KENDRA ORANGE V. KEDPLASMA, LLC ET AL
02-CV-2017-901863.00

The following complaint was FILED on 7/20/2017 11:37:29 AM

Notice Date:      7/20/2017 11:37:29 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

DOCUMENT 9

United States
Postal Service

USPS TRACKING #

9590 9402 2816 7069 8005 50

* Sender: Please print your name, address, and ZIP+4® in this box•

JoJo Schwarzauer, Circuit Clerk
MOBILE COUNTY-CIVIL DIVISION
Mobile Government Plaza, Room 0300
205 Government Street
Mobile, Alabama 36644-2936

20 17 AUG

AM 10: 20

CLERK C

CIRT COURT

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

DOCUMENT 9

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KEDPLASMA, LLC
C/O CORPORATION SERV. CO.
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL 36104



9590 9402 2816 7069 8015 50

2. Article Number (Transfer from service label)

7016 0600 0000 2624 2525

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)
Helen Ladner JPally

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Cvn 90186³
ces
2001

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt